**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO, DENVER DIVISION

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Colorado Home Fitness Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **26-4226596** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9619 E County Line Rd Ste B Englewood, CO 80112-3535** | **23933 E Swallow Cir Aurora, CO 80016-7867** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Arapahoe** | **Location of principal assets, if different from principal place of business** |
| County | |
| | **8150 S University Blvd Ste 100 Littleton, CO 80122-3165** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.coloradohomefitness.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Colorado Home Fitness Inc.**                    Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4591__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply.*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor    **Colorado Home Fitness Inc.**                                    Case number (*if known*)
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **Colorado Home Fitness Inc.**                                    Case number (*if known*) _____
Name

- ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
- ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
- ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | **Colorado Home Fitness Inc.** | Case number (*if known*) | |
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 13, 2023**
                   MM / DD / YYYY

X **/s/ Luther Hunnings**                          **Luther Hunnings**
Signature of authorized representative of debtor     Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Martin Long**                          Date **April 13, 2023**
Signature of attorney for debtor                      MM / DD / YYYY

**Martin Long**
Printed name

**LONG & LONG PC**
Firm name

**6860 S Yosemite Ct Ste 2000**
**Centennial, CO 80112-1448**
Number, Street, City, State & ZIP Code

Contact phone   **(303) 832-2655**     Email address   **marty@longandlongpc.com**

**12855**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Colorado Home Fitness Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | $78,889.00 |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | $4,167,639.00 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | $6,538,332.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor    **Colorado Home Fitness Inc.**                                     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Ally Financial**<br>PO Box 380901<br>Bloomington, MN 55438-0901 | **March 16, 2023** | $29,120.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Sold truck they had lien on in exchange for paying balance owed.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Luther Hunnings**<br>23933 E Swallow Cir<br>Aurora, CO 80016-7867<br>President | **March 1, 2022 to March 9, 2023** | $48,307.00 | **Salary** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Apex Funding Source v. Colorado Home Fitness, Inc. et al**<br>**508416** | **Civil-loan** | **Supreme Court Kings County**<br>360 Adams St<br>Brooklyn, NY 11201-3707 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Colorado Home Fitness Inc.**                                    Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Vestar Orchard Town Center, LLC v. Colorado Home Fitness, Inc.** **22CV31622** | Civil-Commercial Lease | **Adams County District Court** **1100 Judicial Center Dr** **Brighton, CO 80601-8873** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **LONG & LONG PC** **6860 S Yosemite Ct Ste 2000** **Centennial, CO 80112-1448** | | **2.17.2023** | **$7,500.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Colorado Home Fitness Inc.**                                     Case number *(if known)*  _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2468 S Colorado Blvd Denver, CO 80222-5907** | **2.2012 Through Dec. 2022** |
| 14.2. | **14686 Delaware St Ste 200 Westminster, CO 80023-9173** | **May, 2019 through Nov. 2022** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Simple IRA** | EIN:  **26-4226596** |

Has the plan been terminated?

Debtor   **Colorado Home Fitness Inc.**                                   Case number *(if known)*  _____

☐ No
■ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank**<br>**PO Box 3180**<br>**Pittsburgh, PA 15230-3180** | XXXX-4092 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed March 10, 2023** | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Warehouse**<br>**8150 S University Blvd Ste 100**<br>**Littleton, CO 80122-3165** | | **Inventory-See Exhibit 1** | ☐ No<br>■ Yes |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Colorado Home Fitness Inc.**                              Case number *(if known)*

---

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Jeff Taksey**<br>**6586 Castlebay Ct**<br>**Highland, MD 20777-9789** | **More than last 2 years** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

---

Debtor   **Colorado Home Fitness Inc.**                                    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Luther Hunnings**<br>**23933 E Swallow Cir**<br>**Aurora, CO 80016-7867** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Luther Hunnings** | **3.4.2023** | **$396,000 COST** |

| Name and address of the person who has possession of inventory records |
|---|
| **Luther Hunnings**<br>**23933 E Swallow Cir**<br>**Aurora, CO 80016-7867** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Luther Hunnings** | **23933 E Swallow Cir**<br>**Aurora, CO 80016-7867** | **President** | **85** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **Colorado Home Fitness Inc.**                              Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 · | **Luther Hunnings** <br> **23933 E Swallow Cir** <br> **Aurora, CO 80016-7867** | **$48,307** | **March, 2022 through January, 2023** | **Salary** |
| | Relationship to debtor <br> **President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 13, 2023**

**/s/ Luther Hunnings**                                    **Luther Hunnings**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Fill in this information to identify the case: |
|---|
| Debtor name **Colorado Home Fitness Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
Copy line 88 from *Schedule A/B*.................................................................................   $ **0.00**

    **1b. Total personal property:**
Copy line 91A from *Schedule A/B*................................................................................   $ **394,221.00**

    **1c. Total of all property:**
Copy line 92 from *Schedule A/B*..................................................................................   $ **394,221.00**

---

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................   $ **879,206.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$ **771,982.90**

4.   **Total liabilities** ....................................................................................................
Lines 2 + 3a + 3b    $ **1,651,188.90**

**Fill in this information to identify the case:**

Debtor name   **Colorado Home Fitness Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

| 11. | Accounts receivable | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | **808.00**<br>face amount | - | **808.00**<br>doubtful or uncollectible accounts | = .... | **unknown** |

| 11b. Over 90 days old: | **3,012.00**<br>face amount | - | **3,012.00**<br>doubtful or uncollectible accounts | = .... | **unknown** |

| 11b. Over 90 days old: | **56,023.36**<br>face amount | - | **56,023.36**<br>doubtful or uncollectible accounts | = .... | **unknown** |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$0.00** |

| Part 4: | Investments |
|---|---|

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Colorado Home Fitness Inc.**                         Case number *(If known)* _____
_____
Name

**13. Does the debtor own any investments?**

- ☑ No. Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No. Go to Part 6.
- ☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Inventory- See Exhibit 1 | 3/4/2023 | $393,000.00 | Cost | $393,000.00 |
| Exercise equipment | | $0.00 | | $0.00 |
| 22. **Other inventory or supplies** | | | | |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $393,000.00 |
|---|

**24.** **Is any of the property listed in Part 5 perishable?**
- ☑ No
- ☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☑ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No. Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Colorado Home Fitness Inc.**                                   Case number *(If known)* _____
         Name

| | | |
|---|---|---|
| **2 8 foot ladders, 1 10 foot ladder, 1 vertical wood file cabinet, 2 sales counters, 1 office desk, 1 3 drawer metal file cabinet, 3 microwaves, 2 6 foot folding tables, 4 office chairs, 2 Varier chairs** | **unknown** | **unknown** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**
       **4 Desktop computers, 4 monitors, 2 laptop computers, 3 shredders, 1 Dell docking station, 1 Samsung tv, 1 GE fridge, 1 Danby fridge, 1 Clarke Carpet Master Vacuum, 1 Pro Team Vacuum, 1 Magnetic floor sweeper,**                    **unknown**                                   **unknown**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.                                               | **$0.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ■ No.  Go to Part 9.
       ☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ■ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

Official Form 206A/B                   Schedule A/B Assets - Real and Personal Property                   page 3

Debtor   **Colorado Home Fitness Inc.**                                    Case number *(If known)* _____
          Name

|  | | Current value of debtor's interest |
|--|--|--|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

    **Insurance refunds**                                                                     $1,221.00

---

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.                    | $1,221.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Debtor     **Colorado Home Fitness Inc.**                          Case number *(If known)* _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $393,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,221.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $394,221.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $394,221.00 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name   **Colorado Home Fitness Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1   American Express**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$87,769.00** | **$0.00** |

P O Box 570622
Atlanta, GA 30357
Creditor's mailing address

Describe the lien _____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7.21
**Last 4 digits of account number**
1157

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2   Apex Funding Source LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$27,336.00** | **$0.00** |

3050 Biscayne Blvd Ste 502
Miami, FL 33137-4153
Creditor's mailing address

Describe the lien _____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
10.4.22
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor **Colorado Home Fitness Inc.**

Name

Case number (if known) _____

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | **City And County Of Denver** | Describe debtor's property that is subject to a lien | **$4,382.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Department of Finance
PO Box 660860
Dallas, TX 75266-0860**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2022**

**Last 4 digits of account number**

**7846**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ Contingent
☐ Unliquidated

■ No

☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 | **City of Castle Rock** | Describe debtor's property that is subject to a lien | **$67,644.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**100 N Wilcox St
Castle Rock, CO 80104**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2023**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ Contingent
☐ Unliquidated

■ No

☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.5 | **City Of Westminster Finance Dept** | Describe debtor's property that is subject to a lien | **$521.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**4800 W 92nd Ave
Westminster, CO
80031-6387**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor **Colorado Home Fitness Inc.**                          Case number (if known) _____
_____
Name

---

Creditor's email address, if known
_____

**Date debt was incurred**
**1.23**
**Last 4 digits of account number**
**0016**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Cloudfund LLC** | Describe debtor's property that is subject to a lien | $218,500.00 | $0.00 |

Creditor's Name

**400 Rella Blvd Ste 165-101**
**Suffern, NY 10901-4241**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8.18.22**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Colorado Department Of Revenue** | Describe debtor's property that is subject to a lien **Sales Tax** | $105,000.00 | $0.00 |

Creditor's Name

**1575 N Sherman St**
**Denver, CO 80203-1702**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **PNC Bank** | Describe debtor's property that is subject to a lien | $256,106.00 | $0.00 |

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Colorado Home Fitness Inc.**                                   Case number (if known) _____
_____
Name

Creditor's Name

**PO Box 856177**
**Louisville, KY 40285-6177**                Describe the lien _____
Creditor's mailing address

Is the creditor an insider or related party?

■ No
☐ Yes
_____    Is anyone else liable on this claim?
Creditor's email address, if known
☐ No
**Date debt was incurred**                   ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**2022**
**Last 4 digits of account number**
**4827**                                     **As of the petition filing date, the claim is:**
**Do multiple creditors have an**            Check all that apply
**interest in the same property?**
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.9 | **Precor** | Describe debtor's property that is subject to a lien | $111,948.00 | $0.00 |

Creditor's Name

**PO Box 3136**
**Carol Stream, IL**
**60132-3136**                              Describe the lien _____
Creditor's mailing address

Is the creditor an insider or related party?

■ No
☐ Yes
_____    Is anyone else liable on this claim?
Creditor's email address, if known
☐ No
**Date debt was incurred**                   ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**2022**
**Last 4 digits of account number**
_____

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No
☐ Yes. Specify each creditor,                ☐ Contingent
including this creditor and its relative     ☐ Unliquidated
priority.                                    ☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $879,206.00 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Colorado Department Of Revenue**<br>**PO Box 17087**<br>**Denver, CO 80217-0087** | Line  **2.7** | |
| **David Doyle**<br>**123 N Wacker Dr Ste 1800**<br>**Chicago, IL 60606-1770** | Line  **2.9** | |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Colorado Home Fitness Inc.**          Case number (if known) _____
<br>Name

| | |
|---|---|
| **Isaac Greenfield, Esq.**<br>**2 Executive Blvd Ste 305**<br>**Suffern, NY 10901-8219** | Line  **2.2** |
| **Kings County Supreme Court**<br>**360 Adams St**<br>**Brooklyn, NY 11201-3707** | Line  **2.2** |
| **Nomas Recovery LLC**<br>**270 Ave Munoz Rivera Ste 310**<br>**San Juan, PR 00918-1901** | Line  **2.2** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Colorado Home Fitness Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br><br>**Allison Cusick**<br><br>2194 NW Lolo Dr<br>Bend, OR 97703-7342<br>Date(s) debt was incurred **10.31.22**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$550.00** |
| **3.2** Nonpriority creditor's name and mailing address<br><br>**American Express National Bank**<br><br>4315 S 2700 W<br>Salt Lake City, UT 84184-0001<br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$46,006.00** |
| **3.3** Nonpriority creditor's name and mailing address<br><br>**Andrea Rice**<br><br>PO Box 1276<br>Paonia, CO 81428-1276<br>Date(s) debt was incurred **7.22**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |
| **3.4** Nonpriority creditor's name and mailing address<br><br>**Andy Berger**<br><br>4285 Forever Cir<br>Castle Rock, CO 80109-4611<br>Date(s) debt was incurred **10.22**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$400.00** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com      G21648

| Debtor | **Colorado Home Fitness Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|
| | **Anne Hillary** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **25 Sunset Dr** | ☐ Disputed | |
| | **Englewood, CO 80113-4033** | | |
| | Date(s) debt was incurred  8.22 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|
| | **Ari Silverman** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **48 Covington Ct** | ☐ Disputed | |
| | **Englewood, CO 80113-4143** | | |
| | Date(s) debt was incurred  8.22 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,259.00 |
|---|---|---|---|
| | **Auto Owners Insurance** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 740312** | ☐ Disputed | |
| | **Cincinnati, OH 45274-0312** | | |
| | Date(s) debt was incurred  4.22 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,390.00 |
|---|---|---|---|
| | **Bodycraft** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **7699 Green Meadows Dr** | ☐ Disputed | |
| | **Lewis Center, OH 43035-9445** | | |
| | Date(s) debt was incurred  11.22 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | **Chris Taylor** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1154 Lost Elk Cir** | ☐ Disputed | |
| | **Castle Rock, CO 80108-8739** | | |
| | Date(s) debt was incurred  6.22 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|
| | **Christine Narro** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **3415 Cranston Cir** | ☐ Disputed | |
| | **Highlands Ranch, CO 80126-3621** | | |
| | Date(s) debt was incurred  8.22 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.00 |
|---|---|---|---|
| | **Chuck Steece** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **12851 N 130th Pl** | ☐ Disputed | |
| | **Scottsdale, AZ 85259-3551** | | |
| | Date(s) debt was incurred  10.22 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

Debtor __Colorado Home Fitness Inc._____      Case number (if known) _____
      Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,084.00 |
|---|---|---|---|
| | **Citi** | ☐ Contingent | |
| | PO Box 6704 | ☐ Unliquidated | |
| | Sioux Falls, SD 57117-6704 | ☐ Disputed | |
| | Date(s) debt was incurred **2019** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **7077** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,627.00 |
|---|---|---|---|
| | **Comcast** | ☐ Contingent | |
| | PO Box 60533 | ☐ Unliquidated | |
| | City of Industry, CA 91716-0533 | ☐ Disputed | |
| | Date(s) debt was incurred **3.14.23** | **Basis for the claim:** _ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,650.00 |
|---|---|---|---|
| | **Common Knowledge** | ☐ Contingent | |
| | 44 Inverness Dr E Ste C | ☐ Unliquidated | |
| | Greenwood Village, CO 80112-5410 | ☐ Disputed | |
| | Date(s) debt was incurred **1.23** | **Basis for the claim:** _ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|
| | **Don Detampel** | ☐ Contingent | |
| | 369 Steele St | ☐ Unliquidated | |
| | Denver, CO 80206-4414 | ☐ Disputed | |
| | Date(s) debt was incurred **8.22** | **Basis for the claim:** _ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|
| | **Doug Larner** | ☐ Contingent | |
| | 1656 Hideaway Ct | ☐ Unliquidated | |
| | Longmont, CO 80503-7651 | ☐ Disputed | |
| | Date(s) debt was incurred **6.22** | **Basis for the claim:** _ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,150.00 |
|---|---|---|---|
| | **Echelon** | ☐ Contingent | |
| | 605 Chestnut St Ste 700 | ☐ Unliquidated | |
| | Chattanooga, TN 37450-5505 | ☐ Disputed | |
| | Date(s) debt was incurred **6.22** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0830** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|
| | **Ella Connolly** | ☐ Contingent | |
| | PO Box 36974 | ☐ Unliquidated | |
| | Denver, CO 80236 | ☐ Disputed | |
| | Date(s) debt was incurred **12.22** | **Basis for the claim:** _ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Colorado Home Fitness Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,350.00**

**Eric Grove**

9964 W Canyon Ave
Littleton, CO 80127-3951

Date(s) debt was incurred **12.22**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,433.00**

**First Data Merchant Services, LLC**
**Attent: General Counsel's**
3975 NW 120th Ave Ofc
Coral Springs, FL 33065-7632

Date(s) debt was incurred **7.26.22**
Last 4 digits of account number **3975**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,403.00**

**GFL Environmental**

PO Box 791519
Baltimore, MD 21279-1519

Date(s) debt was incurred **1.23**
Last 4 digits of account number **7792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**Greg Daviscourt**

66 Inverness Ln E
Centennial, CO 80112-5132

Date(s) debt was incurred **11.22**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**Greg Muirhead**

5315 S Lamar St
Littleton, CO 80123-5191

Date(s) debt was incurred **12.22**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**GS Centennial**

3300 Enterprise Pkwy
Beachwood, OH 44122-7200

Date(s) debt was incurred **11.22**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,654.00**

**Jaala Knowlton**

1181 Ridgeview Cir
Broomfield, CO 80020-3457

Date(s) debt was incurred **12.5.22**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | Colorado Home Fitness Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|
| **Jason Bridges** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **6808 Eagle Ridge Blvd** | ☐ Disputed | |
| **Lakeland, FL 33813-5654** | | |
| Date(s) debt was incurred  **11.22** | **Basis for the claim:** __ | |
| Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|
| **Jeff Taggert** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **943 S Washington St** | ☐ Disputed | |
| **Denver, CO 80209-4315** | | |
| Date(s) debt was incurred  **11.22** | **Basis for the claim:** __ | |
| Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.00 |
|---|---|---|
| **Jeffrey Browning** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **1621 E Cedar Ave** | ☐ Disputed | |
| **Denver, CO 80209-2602** | | |
| Date(s) debt was incurred  **1.23** | **Basis for the claim:** __ | |
| Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,800.00 |
|---|---|---|
| **Jim Cooper** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **8 Lambert Ln** | ☐ Disputed | |
| **Upper Saddle River, NJ 07458-1910** | | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:** __ | |
| Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|
| **John Rea** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **2764 S Marshall St** | ☐ Disputed | |
| **Denver, CO 80227-3517** | | |
| Date(s) debt was incurred  **9.27.22** | **Basis for the claim:** __ | |
| Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187,916.00 |
|---|---|---|
| **Johnson Health Tech** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **PO Box 734118** | ☐ Disputed | |
| **Chicago, IL 60673-4118** | | |
| Date(s) debt was incurred  **9.30.22** | **Basis for the claim:** __ | |
| Last 4 digits of account number  **0126** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|---|---|---|
| **Johnson Health Tech NA** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **27829 Network Pl** | ☐ Disputed | |
| **Chicago, IL 60673-1278** | | |
| Date(s) debt was incurred  **2.23** | **Basis for the claim:** __ | |
| Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| | |
|---|---|
| Debtor **Colorado Home Fitness Inc.** | Case number (if known) _____ |
| Name | |

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,575.00**
**Kamalesh Dwivedi**

6000 Summit Pl
Alpharetta, GA 30009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5.24.22**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$375.00**
**Kathy Lutito**

5788 Stonebridge Way
Morrison, CO 80465-2117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12.22**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00**
**Kelly Willie**

10159 W Saratoga Pl
Littleton, CO 80127-1318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11.25.22**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00**
**Kurt Schwartz**

786 Columbine St
Denver, CO 80206-3805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12.2.22**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
**Kwenda, Inc.**
**Attn: Scott Goldhammer**
**6900 E Belleview Ave Ste 300**
**Greenwood Village, CO 80111-1647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11.23.22**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00**
**Laurie Valaer**

3065 S Race St
Denver, CO 80210-6330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12.22**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**
**Mariana Vertenstein**

2210 Hillsdale Cir
Boulder, CO 80305-5622

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12.22**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor **Colorado Home Fitness Inc.**                                      Case number (if known) _____
_____
Name

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Michael Papirtis**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3047 Deer Creek Ranch Loop**
**Parker, CO 80138-4745**

Date(s) debt was incurred **7.22**          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**Mike Jeronimus**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2054 Terrace Dr**
**Littleton, CO 80126-2692**

Date(s) debt was incurred **12.22**          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Mike Sodoro**

☐ Contingent
☐ Unliquidated
☐ Disputed

**19726 K St**
**Omaha, NE 68135-3668**

Date(s) debt was incurred **11.22**          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.40** |
|---|---|---|---|

**Northwest Parkway**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3701 Northwest Pkwy**
**Broomfield, CO 80023-9479**

Date(s) debt was incurred **1.23**          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**Paul Gardon**

☐ Contingent
☐ Unliquidated
☐ Disputed

**4268 Pebble Beach Dr**
**Longmont, CO 80503-8359**

Date(s) debt was incurred **10.22**          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,314.00** |
|---|---|---|---|

**Phillips 66 CO/SYNCB**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 530942**
**Atlanta, GA 30353-0942**

Date(s) debt was incurred **3.22**          **Basis for the claim:** _

Last 4 digits of account number **3944**          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,767.00** |
|---|---|---|---|

**PNC Bank**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 71335**
**Philadelphia, PA 19176-1335**

Date(s) debt was incurred **2022**          **Basis for the claim:** _

Last 4 digits of account number **8577**          Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Colorado Home Fitness Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,408.00 |
|---|---|---|---|

**PNC Merchant Services Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

**1600 Terrell Mill Rd SE Ste 400**
**Marietta, GA 30067-8307**

Date(s) debt was incurred  **2023**

**Basis for the claim:** _

Last 4 digits of account number  **0887**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,158.00 |
|---|---|---|---|

**Power Block**

☐ Contingent
☐ Unliquidated
☐ Disputed

**14255 Southcross Dr W**
**Burnsville, MN 55306-6929**

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Reuben Munger**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3660 19th St**
**Boulder, CO 80304-1602**

Date(s) debt was incurred  **8.24**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.00 |
|---|---|---|---|

**Rob McClogan**

☐ Contingent
☐ Unliquidated
☐ Disputed

**4011 S Hudson Way**
**Englewood, CO 80113-5113**

Date(s) debt was incurred  **3.22**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**Sari Surkis**

☐ Contingent
☐ Unliquidated
☐ Disputed

**860 Harlan St**
**Lakewood, CO 80214-2344**

Date(s) debt was incurred  **11.22**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Scott Doherty**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3732 Tejon St**
**Denver, CO 80211-2926**

Date(s) debt was incurred  **1.22**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Shannon Wheat**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2390 Kenwood Dr**
**Boulder, CO 80305-5233**

Date(s) debt was incurred  **10.22**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Colorado Home Fitness Inc.** | Case number (if known) | |
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,029.00**

**Stairmaster**

PO Box 31001-2177
Pasadena, CA 91110

Date(s) debt was incurred **11.22**

Last 4 digits of account number **5554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107,713.00**

**University Hills Plaza, LLC**
c/o Miller Real Estate Investments
6900 E Belleview Ave Ste 300
Greenwood Village, CO 80111-1647

Date(s) debt was incurred **1.6.23**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,578.00**

**USA Sports**

10600 Shadow Wood Dr Ste 301
Houston, TX 77043-2838

Date(s) debt was incurred **5.22**

Last 4 digits of account number **co03**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135,551.00**

**Vestar Orchard Town Center**

2415 E Camelback Rd Ste 100
Phoenix, AZ 85016-9282

Date(s) debt was incurred **2022**

Last 4 digits of account number **otc**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Victor Rios**

22650 E Tufts Pl
Aurora, CO 80015-6819

Date(s) debt was incurred **9.29.22**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,450.00**

**Walter Lowney**

30966 S Canyon Vista Way
Oracle, AZ 85623-7471

Date(s) debt was incurred **10.31.2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$690.00**

**Waste Management of CO**

PO Box 7400
Pasadena, CA 91109-7400

Date(s) debt was incurred **3.3.23**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor **Colorado Home Fitness Inc.**      Case number (if known) _____

Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,696.00 |

**Wells Fargo SBL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 29482**
**Phoenix, AZ 85038-9482**

Date(s) debt was incurred **2022**

Basis for the claim: __

Last 4 digits of account number **1878**

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,117.50 |

**Xcel Energy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 9477**
**Minneapolis, MN 55484-0001**

Date(s) debt was incurred **2.23**

Basis for the claim: __

Last 4 digits of account number **2479**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Altus Receivables Management** | Line **3.56** ☐ Not listed. Explain ____ | **co03** |
| 4.2 **David B. Bush** **730 17th St Ste 420** **Denver, CO 80202-3510** | Line **3.57** ☐ Not listed. Explain ____ | **otc** |
| 4.3 **District Court, Adams County Colorado** **1100 Judicial Center Dr** **Brighton, CO 80601-8873** | Line **3.57** ☐ Not listed. Explain ____ | **otc** |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 771,982.90 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 771,982.90 |

**Fill in this information to identify the case:**

Debtor name    **Colorado Home Fitness Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **One-month lease at 8150 S. University Blvd., Unit 100** |
| State the term remaining | **None** |
| List the contract number of any government contract | **Kwenda, Inc.** |

| Fill in this information to identify the case: |
|---|

Debtor name **Colorado Home Fitness Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Luther Hunnings** | **23933 E Swallow Cir**<br>**Aurora, CO 80016-7867** | **American Express** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Luther Hunnings** | **23933 E Swallow Cir**<br>**Aurora, CO 80016-7867** | **Apex Funding Source LLC** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Luther Hunnings** | **23933 E Swallow Cir**<br>**Aurora, CO 80016-7867** | **Citi** | ☐ D _____<br>■ E/F ___**3.12**___<br>☐ G _____ |
| 2.4 | **Luther Hunnings** | **23933 E Swallow Cir**<br>**Aurora, CO 80016-7867** | **Cloudfund LLC** | ■ D ___**2.6**___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Luther Hunnings** | **23933 E Swallow Cir**<br>**Aurora, CO 80016-7867** | **Colorado Department Of Revenue** | ■ D ___**2.7**___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **Luther Hunnings** | **23933 E Swallow Cir**<br>**Aurora, CO 80016-7867** | **GS Centennial** | ☐ D _____<br>■ E/F ___**3.24**___<br>☐ G _____ |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor  **Colorado Home Fitness Inc.**                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.7 | **Luther Hunnings** | **23933 E Swallow Cir**<br>**Aurora, CO 80016-7867** | **PNC Bank** | ☐ D _____<br>■ E/F ___**3.46**___<br>☐ G _____ |
| 2.8 | **Luther Hunnings** | **23933 E Swallow Cir**<br>**Aurora, CO 80016-7867** | **PNC Bank** | ■ D ___**2.8**___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Luther Hunnings** | **23933 E Swallow Cir**<br>**Aurora, CO 80016-7867** | **Precor** | ■ D ___**2.9**___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Luther Hunnings** | **23933 E Swallow Cir**<br>**Aurora, CO 80016-7867** | **USA Sports** | ☐ D _____<br>■ E/F ___**3.56**___<br>☐ G _____ |
| 2.11 | **Luther Hunnings** | **23933 E Swallow Cir**<br>**Aurora, CO 80016-7867** | **Wells Fargo SBL** | ☐ D _____<br>■ E/F ___**3.61**___<br>☐ G _____ |

**United States Bankruptcy Court**
**District of Colorado, Denver Division**

IN RE:                                                          Case No. _____

__Colorado Home Fitness Inc._____   Chapter **7**_____
                           Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **April 13, 2023**_____   Signature: ***/s/ Luther Hunnings*** _____
                                     **Luther Hunnings, President**                                                        Debtor

Date: _____   Signature: _____
                                                                    Joint Debtor, if any

Allison Cusick
2194 NW Lolo Dr
Bend, OR  97703-7342


American Express
P O Box 570622
Atlanta, GA  30357


American Express National Bank
4315 S 2700 W
Salt Lake City, UT  84184-0001


Andrea Rice
PO Box 1276
Paonia, CO  81428-1276


Andy Berger
4285 Forever Cir
Castle Rock, CO  80109-4611


Anne Hillary
25 Sunset Dr
Englewood, CO  80113-4033


Apex Funding Source LLC
3050 Biscayne Blvd Ste 502
Miami, FL  33137-4153

Ari Silverman
48 Covington Ct
Englewood, CO  80113-4143


Auto Owners Insurance
PO Box 740312
Cincinnati, OH  45274-0312


Bodycraft
7699 Green Meadows Dr
Lewis Center, OH  43035-9445


Chris Taylor
1154 Lost Elk Cir
Castle Rock, CO  80108-8739


Christine Narro
3415 Cranston Cir
Highlands Ranch, CO  80126-3621


Chuck Steece
12851 N 130th Pl
Scottsdale, AZ  85259-3551


Citi
PO Box 6704
Sioux Falls, SD  57117-6704

City And County Of Denver
Department of Finance
PO Box 660860
Dallas, TX  75266-0860


City of Castle Rock
100 N Wilcox St
Castle Rock, CO  80104


City Of Westminster Finance Dept
4800 W 92nd Ave
Westminster, CO  80031-6387


Cloudfund LLC
400 Rella Blvd Ste 165-101
Suffern, NY  10901-4241


Colorado Department Of Revenue
1575 N Sherman St
Denver, CO  80203-1702


Colorado Department Of Revenue
PO Box 17087
Denver, CO  80217-0087


Comcast
PO Box 60533
City of Industry, CA  91716-0533

Common Knowledge
44 Inverness Dr E Ste C
Greenwood Village, CO  80112-5410


David B. Bush
730 17th St Ste 420
Denver, CO  80202-3510


David Doyle
123 N Wacker Dr Ste 1800
Chicago, IL  60606-1770


Department Of The Treasury
Internal Revenue Service- Centralized In
P O Box 21126
Philadelphia, PA  19114-0326


District Court, Adams County Colorado
1100 Judicial Center Dr
Brighton, CO  80601-8873


Don Detampel
369 Steele St
Denver, CO  80206-4414


Doug Larner
1656 Hideaway Ct
Longmont, CO  80503-7651

Doug Shea
1936 Tee Ln
Castle Rock, CO  80104-2732


Echelon
605 Chestnut St Ste 700
Chattanooga, TN  37450-5505


Ella Connolly
PO Box 36974
Denver, CO  80236


Eric Grove
9964 W Canyon Ave
Littleton, CO  80127-3951


First Data Merchant Services, LLC
Attent: General Counsel's
3975 NW 120th Ave Ofc
Coral Springs, FL  33065-7632


GFL Environmental
PO Box 791519
Baltimore, MD  21279-1519


Greg Daviscourt
66 Inverness Ln E
Centennial, CO  80112-5132

Greg Muirhead
5315 S Lamar St
Littleton, CO  80123-5191


GS Centennial
3300 Enterprise Pkwy
Beachwood, OH  44122-7200


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


Isaac Greenfield, Esq.
2 Executive Blvd Ste 305
Suffern, NY  10901-8219


Jaala Knowlton
1181 Ridgeview Cir
Broomfield, CO  80020-3457


Jason Bridges
6808 Eagle Ridge Blvd
Lakeland, FL  33813-5654


Jeff Taggert
943 S Washington St
Denver, CO  80209-4315

Jeff Taksey
6586 Castlebay Ct
Highland, MD  20777-9789


Jeffrey Browning
1621 E Cedar Ave
Denver, CO  80209-2602


Jim Cooper
8 Lambert Ln
Upper Saddle River, NJ  07458-1910


John Rea
2764 S Marshall St
Denver, CO  80227-3517


Johnson Health Tech
PO Box 734118
Chicago, IL  60673-4118


Johnson Health Tech NA
27829 Network Pl
Chicago, IL  60673-1278


Kamalesh Dwivedi
6000 Summit Pl
Alpharetta, GA  30009

Kathy Lutito
5788 Stonebridge Way
Morrison, CO  80465-2117


Kelly Willie
10159 W Saratoga Pl
Littleton, CO  80127-1318


Kings County Supreme Court
360 Adams St
Brooklyn, NY  11201-3707


Kurt Schwartz
786 Columbine St
Denver, CO  80206-3805


Kwenda, Inc.
Attn. Scott Goldhammer
6900 E Belleview Ave Ste 300
Greenwood Village, CO  80111-1647


Laurie Valaer
3065 S Race St
Denver, CO  80210-6330


Luther Hunnings
23933 E Swallow Cir
Aurora, CO  80016-7867

Mariana Vertenstein
2210 Hillsdale Cir
Boulder, CO  80305-5622


Michael Papirtis
3047 Deer Creek Ranch Loop
Parker, CO  80138-4745


Mike Jeronimus
2054 Terrace Dr
Littleton, CO  80126-2692


Mike Sodoro
19726 K St
Omaha, NE  68135-3668


Nomas Recovery LLC
270 Ave Munoz Rivera Ste 310
San Juan, PR  00918-1901


Northwest Parkway
3701 Northwest Pkwy
Broomfield, CO  80023-9479


Paul Gardon
4268 Pebble Beach Dr
Longmont, CO  80503-8359

Phillips 66 CO/SYNCB
PO Box 530942
Atlanta, GA  30353-0942


PNC Bank
PO Box 856177
Louisville, KY  40285-6177


PNC Bank
PO Box 71335
Philadelphia, PA  19176-1335


PNC Merchant Services Company
1600 Terrell Mill Rd SE Ste 400
Marietta, GA  30067-8307


Power Block
14255 Southcross Dr W
Burnsville, MN  55306-6929


Precor
PO Box 3136
Carol Stream, IL  60132-3136


Reuben Munger
3660 19th St
Boulder, CO  80304-1602

Rob McClogan
4011 S Hudson Way
Englewood, CO  80113-5113


Sari Surkis
860 Harlan St
Lakewood, CO  80214-2344


Scott Doherty
3732 Tejon St
Denver, CO  80211-2926


Shannon Wheat
2390 Kenwood Dr
Boulder, CO  80305-5233


Stairmaster
PO Box 31001-2177
Pasadena, CA  91110


Steve Antonczyk
2941 Distant Rock Ave
Castle Rock, CO  80109-3848


University Hills Plaza, LLC
c/o Miller Real Estate Investments
6900 E Belleview Ave Ste 300
Greenwood Village, CO  80111-1647

USA Sports
10600 Shadow Wood Dr Ste 301
Houston, TX   77043-2838


Vestar Orchard Town Center
2415 E Camelback Rd Ste 100
Phoenix, AZ   85016-9282


Victor Rios
22650 E Tufts Pl
Aurora, CO   80015-6819


Walter Lowney
30966 S Canyon Vista Way
Oracle, AZ   85623-7471


Waste Management of CO
PO Box 7400
Pasadena, CA   91109-7400


Wells Fargo SBL
PO Box 29482
Phoenix, AZ   85038-9482


Xcel Energy
PO Box 9477
Minneapolis, MN   55484-0001

**Fill in this information to identify the case:**

Debtor name  **Colorado Home Fitness Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 13, 2023**        X **/s/ Luther Hunnings**
Signature of individual signing on behalf of debtor

**Luther Hunnings**
Printed name

**President**
Position or relationship to debtor